UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JERRELL MILLER,

                               Plaintiff,

   -against-

ROBERT GREEN, Shield #1312,
Correction Officer,

                               Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 2548 (CBA)

        An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on January 26, 2010, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated December 22, 2009; granting defendant's motion to dismiss; and and dismissing plaintiff's action pursuant to Fed. R. Civ. P. 16(f) and 37(b)(A)(v); it is

        ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion to dismiss is granted; and that plaintiff's action is dismissed pursuant to Fed. R. Civ. P. 16(f) and 37(b)(2)(A)(v).


Dated: Brooklyn, New York
         January 28, 2010

                                                         /S/
                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court